UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH HOWARD, *et al.*,

    Plaintiffs,                                      Case No. 20-10382

v.                                                         Honorable Nancy G. Edmunds

THE CITY OF DETROIT, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Court's opinion and order entered this date,

IT IS ORDERED AND ADJUDGED that Defendants' motions to dismiss are GRANTED, and this case is hereby DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

                                                s/Nancy G. Edmunds
                                                Nancy G. Edmunds
                                                United States District Judge

Dated: March 12, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 12, 2021, by electronic and/or ordinary mail.

                                                s/Lisa Bartlett
                                                Case Manager