# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FLOSSIE BYRD, WILLIAM AND BILLIE HICKEY, DEBORAH HOWARD, AND JEFFREY STEVENSON, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-10382 <br><br> Hon. Nancy G. Edmunds <br> Mag. David R. Grand |
| Plaintiffs, | |
| v. | |
| THE CITY OF DETROIT, a municipal corporation; OFFICE OF THE CHIEF FINANCIAL OFFICER OF THE CITY OF DETROIT, a municipal entity; OFFICE OF THE ASSESSOR OF THE CITY OF DETROIT, a municipal entity; MICHAEL DUGGAN, in his official capacity as Mayor of the City of Detroit; ALVIN HORHN, in his official capacity as City of Detroit Assessor; WAYNE COUNTY, a municipal corporation; W. HOWARD MORRIS, in his official capacity as Commissioner of the State Tax Commission; LEONARD D. KUTSCHMAN, in his official capacity as Commissioner of the State Tax Commission; DAVID A. BUICK, in his official capacity as Executive Director of the State Tax Commission, | **NOTICE OF APPEAL BY ALL PLAINTIFFS** |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Flossie Byrd, William and Billie Hickey, Deborah Howard, and Jeffrey Stevenson, appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment and Order Granting Defendants' Motions to Dismiss (ECF Nos. 33, 34), entered in this action on March 12, 2021.

Dated: March 15, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Rami Fakhouri*
　　　　　　　　　　　　　　　　　　Rami Fakhouri
　　　　　　　　　　　　　　　　　　Betsy Farrington
　　　　　　　　　　　　　　　　　　Samuel E. Schoenburg
　　　　　　　　　　　　　　　　　　GOLDMAN ISMAIL TOMASELLI
　　　　　　　　　　　　　　　　　　BRENNAN & BAUM LLP
　　　　　　　　　　　　　　　　　　200 South Wacker Drive, 22nd Floor
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Tel: (312) 881-6000
　　　　　　　　　　　　　　　　　　rfakhouri@goldmanismail.com
　　　　　　　　　　　　　　　　　　bfarrington@goldmanismail.com
　　　　　　　　　　　　　　　　　　sschoenburg@goldmanismail.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

By: */s/ Rami Fakhouri*
Rami Fakhouri