UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Deborah Howard, et al.,

                    Plaintiff(s),

v.                                              Case No. 2:20–cv–10382–NGE–DRG
                                                Hon. Nancy G. Edmunds

City of Detroit, et al.,

                    Defendant(s).

_____

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

              United States Court of Appeals for the Sixth Circuit
              Potter Stewart U.S. Courthouse
              100 East Fifth Street, Fifth Floor
              Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on March 16, 2021.

                              KINIKIA D. ESSIX, CLERK OF COURT

                         By: s/ D. Allen_____
                              Deputy Clerk

Dated:  March 16, 2021