oUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH HOWARD, *et al.*,

    Plaintiffs,                        Case No. 20-10382

v.                                           Honorable Nancy G. Edmunds

THE CITY OF DETROIT, *et al.*,

    Defendants.

_____/

**ORDER DISMISSING PLAINTIFF DEBORAH HOWARD'S CLAIMS**

On February 7, 2023, the Court granted Plaintiffs' counsel's unopposed motion to withdraw as counsel for Plaintiff Deborah Howard and ordered Plaintiff Howard to either secure new counsel or inform the Court that she will be proceeding pro se within thirty days. (ECF No. 64.) Plaintiff Howard was put on notice that failure to comply with the Court's order would result in the dismissal of her claims. (*Id.*) To date, Plaintiff Howard had not complied with that order or otherwise communicated with the Court. Therefore, under Federal Rule of Civil Procedure 41(b), Plaintiff Howard's claims are dismissed without prejudice.

    SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: April 11, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 11, 2023, by electronic and/or ordinary mail.

                                          s/Lisa Bartlett
                                          Case Manager